ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
JUL - 5 2011
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
JUL - 5 2011
CENTRAL DISTRICT OF CALIFORNIA
BY Shy DEPUTY

ENTER/JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LUIS M. CARMONA, <br>     Petitioner, <br>   v. <br> MIKE MARTEL, Warden, <br>     Respondent. | Case No. CV 10-01942 DSF (AN) <br><br> JUDGMENT |

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice for the reasons set forth in the Magistrate Judge's Report and Recommendation.

Dated: July 5, 2011

DALE S. FISCHER
UNITED STATES DISTRICT JUDGE